IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

R.K.W., A MINOR, BY AND THROUGH
HER NEXT FRIEND, TIFFANY NGO,

  Plaintiff,

v.                                                   Case No. 3:24-cv-00077-REP

WASHINGTON COUNTY, VA SHERIFF
BLAKE ANDIS, IN HIS OFFICIAL AND
PERSONAL CAPACITIES, AND
WASHINGTON COUNTY, VA SHERIFF'S
OFFICE, AND WASHINGTON COUNTY,
VA DETECTIVE WILLIAM SMARR, IN
HIS OFFICIAL AND PERSONAL
CAPACITIES, AND MICHAEL CAREY,
ADMINISTRATOR OF THE ESTATE OF
AUSTIN LEE EDWARDS, DECEASED,

  Defendants.

**DETECTIVE SMARR'S MOTION TO DISMISS
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(1)**

NOW COMES Detective William Smarr ("Detective Smarr"), by counsel and pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure, and moves this Court to dismiss, with prejudice, the Complaint filed against him, as it fails to establish the significant of R.K.W.'s relationship to next of friend, Tiffany Ngo, and therefore does not establish standing to proceed. Defendant relies upon and incorporates his Brief in Support of this Motion to Dismiss as if fully set forth herein.

WHEREFORE, Detective William Smarr respectfully requests that this Court enter an Order granting his Motion to Dismiss and dismissing the Complaint against him with prejudice.

1

**DETECTIVE WILLIAM SMARR**

By Counsel

/s/
_____
Leslie A. Winneberger (VSB No. 45040)
Blaire H. O'Brien (VSB No. 83961)
Counsel for Detective William Smarr
Harman, Claytor, Corrigan & Wellman
P.O. Box 70280
Richmond, Virginia  23255
804-747-5200 - Phone
804-747-6085 - Fax
lwinneberger@hccw.com
bobrien@hccw.com

## **C E R T I F I C A T E**

      I hereby certify that on the 2nd day of May, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

    Scott M. Perry, Esq. (VSB No. 67417)
    Nicholas J.N. Stamatis, Esq. (VSB No. 95423)
    Breit Biniazan, P.C.
    1010 North Glebe Road, Suite 310
    Arlington, VA 22201
    scott@bbtrial.com
    nick@bbtrial.com

    Nathan H. Schnetzler, Esq.
    Frith Anderson + Peake PC
    P.O. Box 1240
    Roanoke, VA 24006-1240
    nschnetzler@faplawfirm.com

                                       /s/_____
                                       Leslie A. Winneberger (VSB No. 45040)
                                       Blaire H. O'Brien (VSB No. 83961)
                                       Counsel for Detective William Smarr
                                       Harman, Claytor, Corrigan & Wellman
                                       P.O. Box 70280
                                       Richmond, Virginia  23255
                                       804-747-5200 - Phone
                                       804-747-6085 - Fax
                                       lwinneberger@hccw.com
                                       bobrien@hccw.com