IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| R.K.W., a minor, by and through her NEXT FRIEND, TIFFANY NGO, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Case No. 3:24cv77<br>)<br>) |
| WASHINGTON COUNTY, VA SHERIFF BLAKE ANDIS, in his official and personal capacities, et al., | )<br>)<br>)<br>) |
| Defendants. | )<br>) |

## **MOTION TO DISMISS**

Defendant Sheriff Blake Andis ("Andis"), by counsel, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, respectfully requests entry of an order dismissing this case with prejudice for the reasons set forth in the accompanying Memorandum of Law.

Respectfully Submitted,

SHERIFF BLAKE ANDIS

/s/_____
Nathan H. Schnetzler (VSB #: 86437)
FRITH ANDERSON + PEAKE, P.C.
29 Franklin Road, SW
P.O. Box 1240
Roanoke, Virginia 24006-1240
Phone: 540/772-4600
Fax:     540/772-9167
Email: nschnetzler@faplawfirm.com
*Counsel for Sheriff Blake Andis*



- 1 -

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 2, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will automatically send notification of such filing to all counsel of record.

/s/ Nathan H. Schnetzler  
Of Counsel

629.0507\NHS  
4881-7539-6539 .v1