IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| R.K.W., a minor, by and through her NEXT FRIEND, TIFFANY NGO, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) |
| WASHINGTON COUNTY, VA SHERIFF BLAKE ANDIS, in his official and personal capacities, et al., | ) ) ) ) ) |
| Defendants. | ) ) |

Case No. 3:24cv77

## ANSWER

Defendant Sheriff Blake Andis ("Andis"), by counsel, pursuant to Rule 12(a)(4) of the Federal Rules of Civil Procedure, submits this Answer to the Complaint filed by plaintiff. In response to each numbered paragraph in the Complaint, Andis admits, denies, or otherwise responds as follows:

Andis denies all allegations in the Complaint except those expressly admitted herein.

1. Andis lacks sufficient information to either admit or deny the allegations in paragraph 1.

2. Regarding the allegations in paragraph 2 of the Complaint, Andis admits only that he is the Sheriff of the Washington County Sheriff's Office and has been named as a defendant in this action. Andis denies the remaining allegations in paragraph 2.

3. Regarding the allegations in paragraph 3 of the Complaint, Andis admits only that the Sheriff of Washington County is a constitutional officer and elected to serve a four-year term. Andis denies the remaining allegations in paragraph 3.



- 1 -

629.0507\NHS
4869-6164-7293 .v1

4. Regarding the allegations in paragraph 4 of the Complaint, Andis admits only that Detective Smarr was employed by the Washington County Sheriff's office in Washington County, Virginia during the times referenced in the Complaint. Andis denies any remaining factual allegations in paragraph 4.

5. Andis lacks sufficient information to either admit or deny the allegations in paragraph 5.

6. The allegations in paragraph 6 are mere legal conclusions to which no response is required.

7. The allegations in paragraph 7 are mere legal conclusions to which no response is required. To the extent a response is required, Andis admits only that Andis and Smarr are citizens of the Commonwealth of Virginia. Andis lacks sufficient information to either admit or deny any remaining factual allegations in paragraph 7.

8. The allegations in paragraph 8 are mere legal conclusions to which no response is required. To the extent a response is required, Andis denies that the Richmond Division of the United States District Court for the Eastern District of Virginia is a proper venue for this action. Andis admits that Andis and Smarr are residents of Virginia. Andis lacks sufficient information to either admit or deny any remaining factual allegations in paragraph 8.

9. Andis denies the allegations in paragraph 9.

10. Andis lacks sufficient information to either admit or deny the allegations in paragraph 10.

11. Andis lacks sufficient information to either admit or deny the allegations in paragraph 11.

12. Andis lacks sufficient information to either admit or deny the allegations in paragraph 12.



629.0507\NHS
4869-6164-7293 .v1

13. Andis lacks sufficient information to either admit or deny the allegations in paragraph 13.

14. Andis lacks sufficient information to either admit or deny the allegations in paragraph 14.

15. Andis lacks sufficient information to either admit or deny the allegations in paragraph 15.

16. Andis lacks sufficient information to either admit or deny the allegations in paragraph 16.

17. Regarding the allegations in paragraph 17, Andis admits only that the WCSO hired Edwards. Andis denies the remaining allegations in paragraph 17.

18. Regarding the allegations in paragraph 18, Andis admits only that Edwards was employed by the Virginia State Police prior to his employment with the WCSO and completed the Virginia State Police Academy in January 2022. Andis lacks sufficient information to either admit or deny the remaining allegations in paragraph 18.

19. Regarding the allegations in paragraph 19 of the Complaint, Andis denies that the WCSO failed to perform an adequate background check on Edwards. Andis lack sufficient information to either admit or deny the remaining allegations in paragraph 19.

20. Andis lacks sufficient information to either admit or deny the allegations in paragraph 20.

21. Andis lacks sufficient information to either admit or deny the allegations in paragraph 21.

22. Andis lacks sufficient information to either admit or deny the allegations in paragraph 22.



629.0507\NHS
4869-6164-7293 .v1

23. Andis lacks sufficient information to either admit or deny the allegations in paragraph 23.

24. Andis lacks sufficient information to either admit or deny the allegations in paragraph 24.

25. Andis denies the allegations in paragraph 25.

26. Regarding the allegations in paragraph 26, Andis denies that Smarr's representation that he checked the CCRE for information on Edwards' background was false. Andis lacks sufficient information to either admit or deny the remaining allegations in paragraph 26.

27. Andis lacks sufficient information to either admit or deny the allegations in paragraph 27.

28. Andis lacks sufficient information to either admit or deny the allegations in paragraph 28.

29. Andis denies the allegations in paragraph 29.

30. Andis lacks sufficient information to either admit or deny the allegations in paragraph 30.

31. Regarding the allegations in paragraph 31 of the Complaint, Andis admits only that after Edwards was hired and firing range qualified, he was issued a badge and service weapon. Andis lacks sufficient information to either admit or deny the remaining allegations in paragraph 31.

32. Andis lacks sufficient information to either admit or deny the allegations in paragraph 32.

33. Regarding the allegations in paragraph 33, Andis admits only that Edwards did not work on November 23, 2022. Andis lacks sufficient information to either admit or deny the remaining allegations in paragraph 33.



629.0507\NHS
4869-6164-7293 .v1

34. Andis lacks sufficient information to either admit or deny the allegations in paragraph 34.

35. Andis lacks sufficient information to either admit or deny the allegations in paragraph 35.

36. Andis lacks sufficient information to either admit or deny the allegations in paragraph 36.

37. Andis lacks sufficient information to either admit or deny the allegations in paragraph 37.

38. Andis lacks sufficient information to either admit or deny the allegations in paragraph 38.

39. Andis lacks sufficient information to either admit or deny the allegations in paragraph 39.

40. Andis lacks sufficient information to either admit or deny the allegations in paragraph 40.

41. Andis lacks sufficient information to either admit or deny the allegations in paragraph 41.

42. Andis lacks sufficient information to either admit or deny the allegations in paragraph 42.

43. Andis lacks sufficient information to either admit or deny the allegations in paragraph 43.

44. Andis lacks sufficient information to either admit or deny the allegations in paragraph 44.

45. Andis lacks sufficient information to either admit or deny the allegations in paragraph 45.



629.0507\NHS
4869-6164-7293 .v1

46. Andis lacks sufficient information to either admit or deny the allegations in paragraph 46.

47. Andis lacks sufficient information to either admit or deny the allegations in paragraph 47.

48. Andis lacks sufficient information to either admit or deny the allegations in paragraph 48.

49. Andis lacks sufficient information to either admit or deny the allegations in paragraph 49.

50. Andis lacks sufficient information to either admit or deny the allegations in paragraph 50.

51. Andis lacks sufficient information to either admit or deny the allegations in paragraph 51.

52. Andis lacks sufficient information to either admit or deny the allegations in paragraph 52.

53. Andis lacks sufficient information to either admit or deny the allegations in paragraph 53.

54. Andis lacks sufficient information to either admit or deny the allegations in paragraph 54.

55. Andis lacks sufficient information to either admit or deny the allegations in paragraph 55.

56. Andis lacks sufficient information to either admit or deny the allegations in paragraph 56.

57. Andis lacks sufficient information to either admit or deny the allegations in paragraph 57.



629.0507\NHS
4869-6164-7293 .v1

58. For his response to paragraph 58, Andis incorporates by reference his responses to paragraphs 1–57 and all subsequent paragraphs as if fully set forth herein.

59. Regarding the allegations in paragraph 59, Andis admits only that he is the chief policymaker for the WCSO. Andis denies the remaining allegations in paragraph 59.

60. Andis denies the allegations in paragraph 60.

61. Andis denies the allegations in paragraph 61.

62. Andis lacks sufficient information to either admit or deny the allegations in paragraph 62.

63. Andis denies the allegations in paragraph 63.

64. Andis denies the allegations in paragraph 64.

65. Andis denies the allegations in paragraph 65.

66. Andis denies the allegations in paragraph 66.

67. Andis denies the allegations in paragraph 67.

68. Andis denies the allegations in paragraph 68.

69. Andis denies the allegations in paragraph 69.

70. Andis denies the allegations in paragraph 70.

71. For his response to the allegations in paragraph 71, Andis incorporates by reference his responses to paragraphs 1–70 and all subsequent paragraphs as if fully set forth herein.

72. Andis denies the allegations in paragraph 72.

73. The allegations in paragraph 73 are mere conclusions of law to which no response is required. To the extent a response is required, Andis denies any factual allegations in paragraph 73.

74. Andis denies the allegations in paragraph 74.

75. Andis denies the allegations in paragraph 75.



629.0507\NHS
4869-6164-7293 .v1

76. Andis denies the allegations in paragraph 76.

77. Andis denies the allegations in paragraph 77.

78. Andis denies the allegations in paragraph 78.

79. Andis lacks sufficient information to either admit or deny the allegations in paragraph 79.

80. Andis denies the allegations in paragraph 80.

81. Andis denies the allegations in paragraph 81.

82. Andis denies the allegations in paragraph 82.

83. For his response to the allegations in paragraph 83, Andis incorporates by reference his responses to paragraphs 1–82 and all subsequent paragraphs as if fully set forth herein.

84. Andis lacks sufficient information to either admit or deny the allegations in paragraph 84.

85. Andis lacks sufficient information to either admit or deny the allegations in paragraph 85.

86. Andis lacks sufficient information to either admit or deny the allegations in paragraph 86.

87. Andis lacks sufficient information to either admit or deny the allegations in paragraph 87.

88. Andis lacks sufficient information to either admit or deny the allegations in paragraph 88.

89. Andis lacks sufficient information to either admit or deny the allegations in paragraph 89.

90. Andis lacks sufficient information to either admit or deny the allegations in paragraph 90.



629.0507\NHS
4869-6164-7293 .v1

91. Andis lacks sufficient information to either admit or deny the allegations in paragraph 91.

92. For his response to the allegations in paragraph 92, Andis incorporates by reference his responses to paragraphs 1–91 and all subsequent paragraphs as if fully set forth herein.

93. Andis lacks sufficient information to either admit or deny the allegations in paragraph 93.

94. Andis lacks sufficient information to either admit or deny the allegations in paragraph 94.

95. Andis lacks sufficient information to either admit or deny the allegations in paragraph 95.

96. Andis lacks sufficient information to either admit or deny the allegations in paragraph 96.

97. Andis lacks sufficient information to either admit or deny the allegations in paragraph 97.

98. Andis lacks sufficient information to either admit or deny the allegations in paragraph 98.

99. For his response to the allegations in paragraph 99, Andis incorporates by reference his responses to paragraphs 1–98 and all subsequent paragraphs as if fully set forth herein.

100. Andis lacks sufficient information to either admit or deny the allegations in paragraph 100.

101. Andis lacks sufficient information to either admit or deny the allegations in paragraph 101.

102. Andis lacks sufficient information to either admit or deny the allegations in paragraph 102.



629.0507\NHS
4869-6164-7293 .v1

103. Andis lacks sufficient information to either admit or deny the allegations in paragraph 103.

104. Andis lacks sufficient information to either admit or deny the allegations in paragraph 104.

105. Andis lacks sufficient information to either admit or deny the allegations in paragraph 105.

106. Andis lacks sufficient information to either admit or deny the allegations in paragraph 106.

107. For his response to the allegations in paragraph 107, Andis incorporates by reference his responses to paragraphs 1–106 and all subsequent paragraphs as if fully set forth herein.

108. Andis lacks sufficient information to either admit or deny the allegations in paragraph 108.

109. Andis lacks sufficient information to either admit or deny the allegations in paragraph 109.

110. Andis lacks sufficient information to either admit or deny the allegations in paragraph 110.

111. For his response to the allegations in paragraph 11, Andis incorporates by reference his responses to paragraphs 1–110 and all subsequent paragraphs as if fully set forth herein.

112. Andis lacks sufficient information to either admit or deny the allegations in paragraph 112.

113. Andis lacks sufficient information to either admit or deny the allegations in paragraph 113.



629.0507\NHS
4869-6164-7293 .v1

114. For his response to the allegations in paragraph 114, Andis incorporates by reference his responses to paragraphs 1–113 and all subsequent paragraphs as if fully set forth herein.

115. Andis denies the allegations in paragraph 115.

116. Andis denies the allegations in paragraph 116.

117. Andis denies the allegations in paragraph 117.

118. Andis denies the allegations in paragraph 118.

119. Andis denies the allegations in paragraph 119.

120. Andis denies the allegations in paragraph 120.

121. Andis denies the allegations in paragraph 121.

122. Andis denies the allegations in paragraph 122.

123. For his response to the allegations in paragraph 123, Andis incorporates by reference his responses to paragraphs 1–122 and all subsequent paragraphs as if fully set forth herein.

124. Andis denies the allegations in paragraph 124.

125. Andis lacks sufficient information to either admit or deny the allegations in paragraph 125.

126. Andis lacks sufficient information to either admit or deny the allegations in paragraph 126.

127. Andis lacks sufficient information to either admit or deny the allegations in paragraph 127.

128. Andis denies the allegations in paragraph 128.

129. Andis denies the allegations in paragraph 129.

130. Andis denies the allegations in paragraph 130.



629.0507\NHS
4869-6164-7293 .v1

131. Andis denies the allegations in paragraph 131.

132. Andis denies the allegations in paragraph 132.

133. Andis denies the allegations in paragraph 133.

134. For his response to the allegations in paragraph 134, Andis incorporates by reference his responses to paragraphs 1–133 and all subsequent paragraphs as if fully set forth herein.

135. Andis denies the allegations in paragraph 135.

136. Andis denies the allegations in paragraph 136.

137. Andis denies the allegations in paragraph 137.

138. Andis denies the allegations in paragraph 138.

139. Andis denies the allegations in paragraph 139.

140. Andis denies the allegations in paragraph 140.

141. Andis denies the allegations in paragraph 141.

142. For his response to the allegations in paragraph 142, Andis incorporates by reference his responses to paragraphs 1–141 and all subsequent paragraphs as if fully set forth herein.

143. Andis denies the allegations in paragraph 143 and all of its subparts.

144. Andis denies that plaintiff is entitled to the relief requested in her "PRAYER FOR RELIEF" or to any relief from this defendant whatsoever.

145. Andis DEMANDS TRIAL BY JURY.

## **AFFIRMATIVE DEFENSES**

1. Plaintiff fails to state a claim for relief.

2. Plaintiff fails to state a claim against Andis in his official capacity.



629.0507\NHS
4869-6164-7293 .v1

3. Plaintiff's claims for monetary damages against Andis in his official capacity are barred by the Eleventh Amendment.

4. Plaintiff's state law claims are barred by sovereign immunity.

5. Plaintiff's federal claims are barred by qualified immunity.

6. Edwards was not acting within the scope of his employment.

7. Plaintiff did not suffer any injuries as a result of any action or inaction by Andis.

8. To the extent plaintiff suffered any injury, such injury was the result of actions or inactions by third parties over whom Andis exercised no control.

9. The Eastern District of Virginia is an improper venue for this action.

10. Andis reserves the right to amend this Answer to assert any other affirmative defenses supported by the evidence and information learned in discovery.

Respectfully Submitted,

SHERIFF BLAKE ANDIS

/s/ _____
Nathan H. Schnetzler (VSB #: 86437)
FRITH ANDERSON + PEAKE, P.C.
29 Franklin Road, SW
P.O. Box 1240
Roanoke, Virginia 24006-1240
Phone: 540/772-4600
Fax:    540/772-9167
Email: nschnetzler@faplawfirm.com
*Counsel for Sheriff Blake Andis*



629.0507\NHS
4869-6164-7293 .v1

## CERTIFICATE OF SERVICE

I hereby certify that on May 13, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will automatically send notification of such filing to all counsel of record.

/s/ Nathan H. Schnetzler  
Of Counsel

629.0507\NHS
4869-6164-7293 .v1