IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Abingdon Division

| | |
|---|---|
| R.K.W., A MINOR, BY AND THROUGH HER NEXT FRIEND, TIFFANY NGO, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No. 1:24-cv-000320JPJ-PMS |
| WAHINGTON COUNTY, VA SHERIFF BLAKE ANDIS, et al., | ) ) ) |
| Defendants. | ) ) ) |

## MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF

Pursuant to Local Rule 6(i) of the United States District Court for the Western District of Virginia, and after providing reasonable notice to Plaintiff, Salem B. Amare, counsel of record for Plaintiff, respectfully moves this Honorable Court for an Order granting the withdrawal of the appearance of Salem B. Amare as counsel for Plaintiff, as she will no longer be with the firm of Breit Biniazan, effective October 25, 2024. Scott M. Perry and Nicholas J. Stamatis, and the law firm of Breit Biniazan, P.C., will remain as counsel of record for Plaintiff.

WHEREFORE, Salem B. Amare respectfully moves this Court for an Order granting her withdrawal as Plaintiff's counsel in this matter.

Dated: October 25, 2024              Respectfully submitted,

_____
Scott M. Perry, Esq. (VSB #67417)
Salem B. Amare, Esq. (VSB #99238)
Nicholas J. Stamatis (VSB #
BREIT BINIAZAN, P.C.

        1010 N. Glebe Road, Suite 310  
        Arlington, VA 22201  
        P: (703) 291-6666  
        F: (703) 563-6692  
        scott@bbtrial.com  
        salem@bbtrial.com  
        nick@bbtrial.com  

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of October 2024, a true and accurate copy of the foregoing was filed electronically using the CM/ECF system thereby serving all counsel of record.

_____  
Salem B. Amare

2