CLERKS OFFICE US DISTRICT COURT
AT ABINGDON, VA
FILED
October 20, 2025
LAURA A. AUSTIN, CLERK
BY: /s/ Robin Bordwine
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ABINGDON DIVISION

**TIFFANY NGO, Administrator**
**of the Estate of Brooke Winek, deceased,**
    **Plaintiff,**

**v.**                                                      **Civil Action No. 1:24cv31**

**BLAKE ANDIS, et al.,**
    **Defendants.**

**R.K.W., a minor, by and through**
**her next friend, TIFFANY NGO,**
    **Plaintiff,**

**v.**                                                      **Civil Action No. 1:24cv32**

**BLAKE ANDIS, et al.,**
    **Defendants.**

**JONATHAN KASTENBAUM, as Administrator**
**of the Estate of Sharon Winek, deceased,**
    **Plaintiff,**

**v.**                                                      **Civil Action No. 1:24cv54**

**WASHINGTON COUNTY**
**SHERIFF BLAKE ANDIS, et al.,**
    **Defendants.**

**JONATHAN KASTENBAUM, as Administrator**
**of the Estate of Mark Winek, deceased,**
    **Plaintiff,**

**v.**                                                      **Civil Action No. 1:24cv55**

WASHINGTON COUNTY
SHERIFF BLAKE ANDIS, et al.,
    Defendants.

# SCHEDULING ORDER

*The court proposes the following as a Scheduling Order pursuant to Fed. R. Civ. P. 16(b). If no party requests changes within 10 days from its date of entry, it will constitute the Scheduling Order in this case.*

It is **ORDERED** as follows:

1.    Pursuant to Federal Rules of Civil Procedure Rule 42(a)(2), these four related matters will be consolidated for discovery and trial.

**Trial**

**2.    These cases are set for jury trial in Abingdon beginning at 9 a.m., on October 26-30 and November 2-4, 2026, before the Hon. James P. Jones, Senior U.S. District Judge.**

3.    If a case is settled, the court will dismiss the case from the docket, and if no agreed final order or judgment is thereafter submitted within 60 days, or if no party files a motion to reopen within such time, the case shall, without further order, stand dismissed with prejudice.

4.    The parties shall submit proposed jury instructions to the court at least 14 days prior to trial.

## Motions

5. A supporting brief must accompany all motions, unless the motion itself contains the legal argument necessary to support it. If a motion has been filed prior to this Order, and legal argument did not support it, the movant must file a supporting brief within 14 days of the date of this Order. If the motion is opposed, a brief in opposition must be filed within 14 days of the service of the movant's brief (or within 14 days of this Order if a motion and supporting brief have been served prior to this Order). Except for good cause shown, if a brief opposing a motion is not timely filed, it will be considered that the motion is unopposed. If the moving party desires to submit a reply brief, it must be filed within seven days of the date of service of the brief opposing the motion.

The parties must promptly provide to the court, after filing, a courtesy copy of any brief or motion and exhibits thereto that, in total, exceed 50 pages in length. Except for good cause shown, no brief or motion may exceed 30 pages, double-spaced, in 14-point type or larger.

6. If any party desires a hearing on a motion, the hearing may be requested with the court prior to, or at the time of, the filing of the motion or response. Otherwise, it will be considered that the motion is submitted for decision without hearing.

7. Motions for summary judgment must be filed no later than 90 days prior to trial. Any response to the motion, including the brief in opposition, must be filed before the day of the hearing, or, in any event, no later than 21 days after service of the motion. Any reply must be filed within 7 days of the filing of the response.

8. If a motion is unopposed, and the moving party certifies such fact in the motion, no brief need be filed, nor response made to the motion. Procedural motions, including motions for enlargement of time, whether or not opposed, may be acted upon at any time by the court, without awaiting a response, and any party adversely

affected by such action may request reconsideration, vacation or modification of such action.

9. Any motion to join other parties and/or to amend the pleadings must be filed prior to March 31, 2026.

## Discovery

10. All discovery must be completed by 120 days prior to trial. This schedule requires that written discovery be served in sufficient time to allow the responding party time to respond before the cutoff date for discovery.

11. Discovery and disclosure material is not to be filed unless and until actually used in the proceeding, except as to the disclosures under Federal Rules of Civil Procedure Rule 26(a)(3) of trial witnesses and exhibits, which must be filed.

12. The parties will exchange initial disclosures, as required by Federal Rules of Civil Procedure Rule 26(a)(1), by November 3, 2025.

## Witnesses

13. The plaintiffs shall disclose expert witness testimony, as set forth in Federal Rules of Civil Procedure Rule 26(a)(2), by no later than 180 days prior to trial.

14. The defendants shall disclose expert witness testimony in response, as set forth in Federal Rules of Civil Procedure Rule 26(a)(2), by no later than 150 days prior to trial.

15. Rebuttal expert witness testimony, as set forth in Federal Rules of Civil Procedure Rule 26(a)(2), shall be disclosed by no later than 135 days prior to trial.

16. Any motion to exclude the testimony of an expert based on the sufficiency or reliability of the expert's testimony must be filed no later than the deadline for filing motions for summary judgment.

17. At least 30 days before trial, the parties must make the pretrial disclosures of witnesses and exhibits, as required by Rule 26(a)(3), and must make

objections to deposition testimony and exhibits at least 21 days before trial.

18. Motions in limine, if any, must be filed no later than 21 days prior to trial. Any opposition to a motion in limine must be filed within 14 days of service of the motion. Any reply in support of the motion must be filed within 7 days of service of any opposition.

## Summary of Deadlines

| 19. | | |
|---|---|---|
| | Trial Date | October 26-30 & November 2-4, 2026 |
| | Object to Deposition Testimony and Exhibits | 21 days before trial |
| | Submit Proposed Jury Instructions | 14 days before trial |
| | Disclose Witnesses and Exhibits | 30 days before trial |
| | File Summary Judgment Motions and Motions to Exclude Experts | 90 days before trial |
| | Complete Discovery | 120 days before trial |
| | Plaintiffs' Expert Disclosures | 180 days before trial |
| | Defendants' Expert Disclosures | 150 days before trial |
| | Rebuttal Expert Disclosures | 135 days before trial |
| | File Motions in Limine | 21 days before trial |

**ENTERED:** October 20, 2025.

/s/ *Pamela Meade Sargent*
UNITED STATES MAGISTRATE JUDGE